IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


SAMANTHA TURNEY                                                    PLAINTIFF

        v.                          Civil No. 10-2044

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

## J U D G M E N T

     For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

     IT IS SO ORDERED AND ADJUDGED this 23rd day of March 2011.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE